JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN; BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN; BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>Plaintiff,<br><br>v.<br><br>TRIX2019, LLC, a California limited liability company,<br><br>Defendant. | Case No. 2:24-cv-07069-JLS-BFM<br><br>**JUDGMENT** |

On November 27, 2024, Plaintiffs Board of Directors of the Motion Picture Industry Pension Plan; Board of Directors of the Motion Picture Industry Individual Account Plan; Board of Directors of the Motion Picture Industry Health Plan (collectively "Plaintiffs") and Defendant Trix2019, LLC, filed a Stipulation for Entry of Judgment Against Trix2019, LLC. (Doc. 16.) Having reviewed the Stipulation, and finding good cause therein, the Court GRANTS the Stipulation. Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that judgment is entered in favor of Plaintiffs and against Defendant Trix2019, LLC in the following amounts:

| Contributions (4/25/21 – 11/29/21) | $ 15,682.43 |
| --- | --- |
| Interest (through 10/31/2024) | $ 10,525.63 |
| Liquidated Damages (through 10/31/2024) | $ 10,525.63 |
| Attorneys' Fees | $ 7,497.00 |
| Litigation Costs | $ 565.32 |
| **TOTAL** | **$ 47,046.01** |

Pursuant to the terms of the Stipulation, IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendant provide Plaintiffs with a copy of the Collection Account Management Agreement ("CAMA") within **ten (10) days** of entry of Judgment.

Dated: December 5, 2024

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE